**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CATHERINE BURNS,

               Plaintiff,

v.                                    CIVIL CASE NO. 06-12339
                                    HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

        The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on March 26, 2007, and no objections having been filed thereto,

        **IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Defendant's Motion to Dismiss is **GRANTED.  IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

        **IT IS SO ORDERED.**

                                s/Marianne O. Battani_____
                                MARIANNE O. BATTANI
                                UNITED STATES DISTRICT JUDGE

DATED: May 4, 2007

**CERTIFICATE OF SERVICE**

A Copy of this Order was mailed to the parties and/or attorneys on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt
DEPUTY CLERK